UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:<br><br>STEPHEN MAURICE BANKS<br><br>Debtor | Chapter 13<br>Case No. 17-35699-KRH |
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>Movant<br><br>v.<br><br>STEPHEN MAURICE BANKS<br>(Debtor)<br><br><br>SUZANNE E. WADE<br>(Trustee)<br><br>Respondents | Ref. Dkt. #35, 37 |

**NOTICE OF FAILURE TO CURE AND TERMINATION OF THE AUTOMATIC STAY**

COMES NOW, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Caliber") by undersigned counsel hereby gives notice of the following:

1. That a Consent Order Modifying Automatic Stay and Granting Relief from Co-Debtor Stay ("Consent Order") was entered by this Court on August 6, 2018.

2. Caliber has complied with the terms of the terms of the entered Consent Order.

3. The Debtor failed to comply with the terms of the entered Consent Order.

4. That pursuant to the terms of the Consent Order, a Notice of Default was served and filed on August 29, 2018.

    5.       That neither the Debtor nor the Trustee has complied with the terms of the Consent Order by failing to take any of the following actions:

    a.       cure the default;

    b.       file an objection with the Court stating that no default exists; or

    c.       file an objection with the Court stating any other reason why an Order granting relief from the automatic stay should not be entered; and

    6.       That pursuant to the terms of the Consent Order, Caliber considers the automatic stay terminated with regards to the collateral referenced in the Consent Order upon entry of the Order Terminating Stay.

Date:  September 27, 2018

Respectfully submitted,

 /s/ Kathryn Smits
Kathryn Smits, Bar #77337
Namrata Loomba, Bar #87222
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust
ksmits@orlans.com
nloomba@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on September 27, 2018, copies of the foregoing Notice of Failure to Cure and Termination of the Automatic Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780
*Bankruptcy Trustee*

Deanna H. Hathaway
Hathaway Adair, PC
710 N. Hamilton Street
Suite 200
Richmond, VA 23221
ecf@hathawayadair.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Failure to Cure and Termination of the Automatic Stay to the following non-ECF participants:

Stephen Maurice Banks
13300 Shore Lake Turn
Chesterfield, VA 23838
*Debtor*

    /s/ Kathryn Smits
Kathryn Smits, Esquire
Namrata Loomba, Esquire